# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ASHENAFI BERHE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 17-11937-DJC |
| CHANNEL 7 NEWS, 98.8 BROADBAND RADIO, RADIO WGBH 89.7 FM, AND WJMN 94.5 FM RADIO. | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER OF DISMISSAL

**CASPER, D.J.**                                                                                                            **January 31, 2018**

The Court finds that the plaintiff is unable to pay the filing fee and <u>ALLOWS</u> the motion to proceed *in forma pauperis* (D. 2). Because the plaintiff is proceeding *in forma pauperis*, this Court must dismiss the complaint if the action is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i). A complaint is frivolous "if the facts alleged are clearly baseless, a category encompassing allegations that are fanciful…[or]…fantastic." <u>Miller v. Kennebec County Sheriff's Dept.</u>, 54 F.3d 764 (1st Cir. 1995)(unpublished decision)(quotations omitted). "As those words suggest, a finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible, whether or not there are judicially noticeable facts available to contradict them." <u>Denton v. Hernandez</u>, 504 U.S. 25, 33 (1992). The Court notes that this action is virtually identical to a previously dismissed frivolous action. <u>See</u> <u>Berhe v. Channel 7 News et al.</u>, 17-cv-11525-DJC (dismissed September 28, 2017). While the Court does not doubt the sincerity of plaintiff's belief in his claims, the complaint and amended complaint, read generously, do not meet the screening requirements of 28 U.S.C. §1915(e)(2)(B)(i).

Accordingly, this action is <u>DISMISSED</u> pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

**So Ordered.**

                 /s/ Denise J. Casper
                **UNITED STATES DISTRICT JUDGE**