**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**ASHENAFI BERHE**

      **Plaintiff**                               **CIVIL ACTION**

      **v.**

                                       **NO.  17-11937-DJC**

**CHANNEL 7 NEWS et al.**

      **Defendants**.

<u>**ORDER OF DISMISSAL**</u>

<u>**CASPER, J.**</u>

      In accordance with the Court's  ORDER dated January 31, 2018, it is hereby

ORDERED that the above-entitled action be and hereby is dismissed.



                                                **By the Court,**

<u>**January 31, 2018**</u>

**Date**                                        <u>**/s/ Daniel C. Hohler**</u>

                                             **Deputy Clerk**